JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONNIE SHIRLEY, an individual; DEBRA SHIRLEY, an individual;<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY OF TORRANCE, a California municipal entity; DUSTY GARVER, an individual; SCOTT NAKAYAMA, an individual; and JASON SENA, an individual,<br><br>         Defendants. | Case No. 2:18-cv-08254-JFW-GJSx<br><br>Related Case:<br><br>2:17-cv-02373-JFW-GJSx (DISMISSED)<br><br>[District Judge John F. Walter-Magistrate Judge Gail J. Standish]<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS WITH PREJUDIE** |

Pursuant to the stipulation of the parties, and Good Cause appearing therefor, the Court hereby orders as follows:

1.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action is dismissed with prejudice.

2.   This dismissal constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of the Section 1983 claim as to all defendants.

**IT IS SO ORDERED.**

DATED: August 19, 2020

_____
Hon. John F. Walter
United States District Judge